# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CASE NO: 3:08-CV-83-RJC-DCK

| | | |
|---|---|---|
| LISA THOMPSON and, | ) | |
| LINLY ANTOINE, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| DEUTSCHE BANK, LONG BEACH | ) | |
| MORTGAGE, and COUNTRY HOME | ) | |
| MORTGAGE, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** upon the Plaintiffs' "Motion for a More Definite Statement" (Document No. 24). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having fully considered the record, the undersigned will **<u>deny</u>** the motion at this time because this case is being stayed while the Plaintiffs exhaust statutorily mandated administrative remedies.

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' "Motion for a More Definite Statement" (Document No. 24) is **DENIED without prejudice**.

**IT IS SO ORDERED**.

Signed: May 14, 2009

David C. Keesler
United States Magistrate Judge