UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cv-83-RJC

| | |
|---|---|
| LISA THOMPSON & LINLY ANTOINE )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DEUTSCHE BANK, COUNTRY HOME MORTGAGE, & FDIC )<br>)<br>Defendants. )<br>) | ORDER |

**THIS MATTER IS BEFORE THE COURT** upon Plaintiffs' *pro se* Motion for Summary Judgment (Doc. No. 19). Having fully considered the record, the Court will deny the motion at this time because this case is being stayed while the Plaintiffs exhaust statutorily mandated administrative remedies. (Doc. No. 31).

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion for Summary Judgment is **DENIED without prejudice**.

Signed: September 3, 2009

Robert J. Conrad, Jr.
Chief United States District Judge