UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cv-83-RJC-DCK

| | |
|---|---|
| LISA THOMPSON & LINLY ANTOINE ) ) ) Plaintiffs, ) ) vs. ) ) DEUTSCHE BANK, COUNTRY HOME ) MORTGAGE, & FDIC ) ) Defendants. ) ) | ORDER |

**THIS MATTER** is before the Court on the Court's Order of September 3, 2009, which ordered Plaintiffs to file an affidavit within 20 days showing good cause for their failure to serve process upon Defendants Deutsche Bank ("Deutsche") and Country Home Mortgage ("CHM") within 120 days of the Complaint. Id. Plaintiffs were notified that failure to comply with the directive would result in dismissal without prejudice of their claims against DB and CHM.

The Court's Order was issued on September 3, 2009. More than twenty days have passed since the order, and thus the Court must dismiss the claims against Deutsche and CHM.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiffs' claims against Defendants Deutsche Bank and Country Home Mortgage are **DISMISSED without prejudice.**

Signed: September 30, 2009

Robert J. Conrad, Jr.
Chief United States District Judge