UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cv-83-RJC-DCK

| | |
|---|---|
| LISA THOMPSON & LINLY ANTOINE, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   ORDER<br>) |
| FDIC, as receiver, | )<br>)<br>) |
| Defendant. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** upon Plaintiffs' Motion to Vacate Motion for FDIC as Receiver by Defendants and Award Monies and Property to Plaintiffs (Doc. No. 23). Having fully considered the record, the Court will deny the motion at this time because this case is being stayed while the Plaintiffs exhaust statutorily mandated administrative remedies. (Doc. No. 31).

**IT IS, THEREFORE, ORDERED** that Plaintiffs' Motion to Vacate Motion for FDIC as Receiver by Defendants and Award Monies and Property to Plaintiffs (Doc. No. 23) is **DENIED**.

Signed: October 16, 2009

Robert J. Conrad, Jr.
Chief United States District Judge