UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:08-cv-83-RJC-DCK

| | |
|---|---|
| LISA THOMPSON & LINLY ANTOINE, ) ) ) Plaintiffs, ) ) v. ) ) FDIC, as receiver, ) ) Defendant. ) ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** sua sponte. This case was stayed pending the plaintiffs' exhaustion of statutorily mandated administrative remedies. (Doc. No. 31). The time frame for such exhaustion has well expired. The Court will thus order the Clerk to administratively close this matter without prejudice.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall administratively close this matter. Should the plaintiffs provide evidence that they have exhausted their administrative remedies, they may file a motion to reopen the case.

Signed: October 7, 2010

Robert J. Conrad, Jr.
Chief United States District Judge